Name, Address and Telephone Number of Attorney(s):
GARY J. LORCH (State Bar No. 119989)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Tel: (213) 576-5000/Fax: (213) 680-4470
Attorneys for Defendant PENTAGROUP FINANCIAL, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARLA PFEIFER | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 10-03472 RGK (PJWx) |
| v. | |
| PENTAGROUP FINANCIAL, LLC | SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |
| Defendant(s). | |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☑ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: September 3, 2010     /s/ Nicholas J. Bontrager
                              Attorney for Plaintiff CARLA PFEIFER

Dated: _____       _____
                              Attorney for Plaintiff

Dated: September 3, 2010     /s/ Gary J. Lorch
                              Attorney for Defendant PENTAGROUP FINANCIAL, LLC

Dated: _____       _____
                              Attorney for Defendant

Dated: _____       _____
                              Attorney for Defendant

**NOTE:** The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.