NICHOLAS J. BONTRAGER (State Bar No. 252114)
KROHN & MOSS, LTD.
Email: nbontrager@consumerlawcenter.com
10474 Santa Monica Boulevard, Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
Facsimile: (866) 802-0021

Attorneys for Plaintiff
CARLA PFEIFER

GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
PENTAGROUP FINANCIAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA PFEIFER,<br><br>    Plaintiff,<br><br>vs.<br><br>PENTAGROUP FINANCIAL, LLC,<br><br>    Defendant. | Case No. CV 10-03472 RGK (PJWx)<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff CARLA PFEIFER and Defendant PENTAGROUP FINANCIAL, LLC, by and through their respective attorneys of record, that the above-captioned action be and hereby

is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear her/its own attorney's fees, costs and expenses.

                                      Respectfully submitted,

Dated: October 27, 2010         NICHOLAS J. BONTRAGER
                                      KROHN & MOSS, LTD

By:        / S /
           NICHOLAS J. BONTRAGER
Attorneys for Plaintiff CARLA PFEIFER

Dated: October 27, 2010         GARY J. LORCH
                                      GORDON & REES LLP

By:        / S /
           GARY J. LORCH
Attorneys for Defendant PENTAGROUP FINANCIAL, LLC

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

CG/1064240/8708613v.1

-2-
STIPULATION RE DISMISSAL WITH PREJUDICE
CASE NO. CV 10-03472 RGK (PJWx)