NICHOLAS J. BONTRAGER (State Bar No. 252114)
KROHN & MOSS, LTD.
Email: nbontrager@consumerlawcenter.com
10474 Santa Monica Boulevard, Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
Facsimile: (866) 802-0021

JS-6

Attorneys for Plaintiff
CARLA PFEIFER

GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
PENTAGROUP FINANCIAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA PFEIFER, | Case No. CV 10-03472 RGK (PJWx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PENTAGROUP FINANCIAL, LLC, | |
| Defendant. | |

Based upon the stipulation entered into by and between Plaintiff CARLA PFEIFER and Defendant PENTAGROUP FINANCIAL, LLC, by and through their respective attorneys of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November 03, 2010

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

-2-
**ORDER OF DISMISSAL WITH PREJUDICE**
**CASE NO. CV 10-03472 RGK (PJWx)**